UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Netlist, Inc.,<br><br>   *Plaintiff and Counterclaim-Defendant*,<br><br>  vs.<br><br>SK hynix Inc.,<br><br>   *Defendant and Counterclaim-Plaintiff*,<br><br>  and<br><br>SK hynix America Inc. and SK hynix memory solutions Inc.,<br><br>   *Defendants*. | No. 8:17-cv-01030-JLS-JCG<br><br>**ORDER STAYING PLAINTIFF'S CLAIMS;**<br><br>**ORDER CONSOLIDATING COUNTERCLAIMS WITH NO. 8:16-CV-01605;**<br><br>**ORDER VACATING SCHEDULING CONFERENCE ON DECEMBER 8, 2017** |

1    This matter is before the Court on the parties' Joint Stipulation for Automatic
2 Stay of Plaintiff's Claims; Consolidation of Counterclaims with No. 8:16 cv-01605;
3 and Request to Vacate Scheduling Conference on December 8, 2017.  The Court,
4 having considered the parties' Stipulation, finds good cause in support thereof.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1.   Netlist's patent infringement claims in this action shall be stayed until the
7 determination of the ITC in Inv. No. 337-TA-1089 becomes final.
8    2.   SK hynix Inc.'s counterclaims in this action are hereby consolidated with
9 the counterclaims in *Netlist, Inc. v. SK hynix Inc. et al.*, No. 8:16-cv-01605-JLS-JCG.
10 The scheduling order in Case No. 8:16-cv-01605 shall apply to the consolidated
11 counterclaims.
12   3.   Within seven days of the entry of this Order, SK hynix Inc. shall file (in
13 Case No. 8:16-cv-01605) a document that sets forth the consolidated counterclaims in
14 a single document titled "Consolidated Counterclaims."  Leave is granted solely for
15 the purpose of combining the counterclaims into a single document; leave is not
16 granted to make any amendments to the counterclaims.  Both a properly redacted
17 version (superseding Doc. 56) and a sealed version (superseding Doc. 72) must be
18 filed.  The sealed version may be filed without further leave of Court.
19   4.   Thereafter, Netlist shall have seven days in which to file a Consolidated
20 Answer to the Consolidated Counterclaims.
21   5.   The scheduling conference in his action currently scheduled for
22 December 8, 2017, at 1:30 p.m. is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  December 06, 2017        _____
                                  JOSEPHINE L. STATON
                                  United States District Judge