JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Netlist, Inc.,<br><br>   *Plaintiff and Counterclaim-Defendant*,<br><br>  vs.<br><br>SK hynix Inc.,<br><br>   *Defendant and Counterclaim-Plaintiff*,<br><br>  and<br><br>SK hynix America Inc. and SK hynix memory solutions Inc.,<br><br>   *Defendants*. | No. 8:17-cv-01030-JLS-JCG<br><br>**ORDER GRANTING DISMISSAL** |

1 | Before the Court is the Parties' Joint Stipulation of Dismissal. Having
2 | considered the said Stipulation and all other papers, and all other matters presented to
3 | the Court, and for good reason;
4 |     IT IS HEREBY ORDERED that:
5 |     (1) The claims of Plaintiff Netlist, Inc. in this action are dismissed WITH
6 |         PREJUDICE; and
7 |     (2) The counterclaims of SK hynix, Inc. are dismissed WITHOUT
8 |         PREJUDICE,
9 | with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 2, 2021

_____
[signature: Josephine Staton]
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE